IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANICE WEEKS-KATONA,

        Petitioner,

  v.

D.H. DREW, et al.,

        Respondents.
                                        /

No. CV-09-1424 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** petitioner's attempt to proceed with the instant petition on behalf of her son is hereby DENIED, and the petition is hereby DISMISSED for lack jurisdiction.

Dated: April 17, 2009

                                              Richard W. Wieking, Clerk

                                              By: Tracy Lucero
                                              Deputy Clerk